■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR MONTANO, Appellant. [936 NYS2d 889]

The court properly exercised its discretion in declining to grant a downward departure from defendant's presumptive risk level (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). The mitigating factors asserted by defendant were adequately taken into account by the risk assessment instrument (*see e.g. People v Hansford*, 67 AD3d 496 [2009]). Concur—Mazzarelli, J.P., Saxe, Catterson, Acosta and Román, JJ.